## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WILLIAMSPORT AREA SCHOOL DISTRICT, | : | No. 501 MAL 2021 |
| | : | |
| | : | |
| Respondent | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WILLIAMSPORT AREA EDUCATION | : | |
| SUPPORT PROFESSIONALS | : | |
| ASSOCIATION, | : | |
| | : | |
| Petitioner | : | |

## ORDER


**PER CURIAM**

    **AND NOW**, this 24th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.